580 A.2d 313

Paul David MIHALAKI, Appellant,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF
TRANSPORTATION, Appellee.

Supreme Court of Pennsylvania.

Argued Sept. 28, 1990.

Decided Oct. 3, 1990.

Kevin J. Rozich, Russell, Pappas & Rozich, Johnstown, for appellant.

Christopher J. Clements, Asst. Counsel, Dept. of Transp. and Harold H. Cramer, Asst. Chief Counsel, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM.

The opinion and order of the Commonwealth Court are reversed and the order of the Court of Common Pleas of Cambria County is reinstated. *See Commonwealth of Pennsylvania, Department of Transportation, Bureau of Traffic Safety v. O'Connell,* 521 Pa. 242, 555 A.2d 873 (1989).